```
1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   ANGELA W. WOOLRIDGE
3  Assistant United States Attorney
   Arizona State Bar No. 022079
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone: 520-620-7300
6  Email: angela.woolridge@usdoj.gov
   Attorneys for Plaintiff
```

FILED
2021 DEC 29 PM 1:57
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR-21-03280-TUC-RCC(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Marisela Lizette Leon,<br><br>　　　　　Defendant. | No.<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(Making False Statements in Connection with Acquisition of Firearms)<br>Counts 1, 2, and 3<br><br>18 U.S.C. §924(d)<br>28 U.S.C. §2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about October 26, 2020, in the District of Arizona, Defendant MARISELA LIZETTE LEON, in connection with the acquisition of a firearm, to wit: a FN model Scar 17S 7.62x51mm caliber rifle, from Second Amendment Sports Inc., a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Second Amendment Sports Inc., which statement was intended and likely to deceive Second Amendment Sports Inc. as to a fact material to the lawfulness of such sale, in that Defendant MARISELA LIZETTE LEON stated that she was the actual transferee/buyer of the firearm when in fact she was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

On or about October 28, 2020, in the District of Arizona, Defendant MARISELA LIZETTE LEON, in connection with the acquisition of a firearm, to wit: a FN model Scar 17S 7.62x51mm caliber rifle, from SNG Tactical, a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to SNG Tactical, which statement was intended and likely to deceive SNG Tactical as to a fact material to the lawfulness of such sale, in that Defendant MARISELA LIZETTE LEON stated that she was the actual transferee/buyer of the firearm when in fact she was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 3

On or about November 21, 2020, in the District of Arizona, Defendant MARISELA LIZETTE LEON, in connection with the acquisition of a firearm, to wit: a Barrett model 82A1 .50 BMG caliber rifle, from SNG Tactical, a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to SNG Tactical, which statement was intended and likely to deceive SNG Tactical as to a fact material to the lawfulness of such sale, in that Defendant MARISELA LIZETTE LEON stated that she was the actual transferee/buyer of the firearm when in fact she was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Three of the Indictment, the defendant, MARISELA LIZETTE LEON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to: one FN, model Scar 17S, 7.62x51mm caliber rifle, bearing serial number H0C13141; one FN, model Scar 17S, 7.62x51mm caliber rifle, bearing serial number H0C20057; and one Barrett, model 82A1, .50 BMG caliber rifle, bearing serial number AA011268.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: December 29, 2021

GARY M. RESTAINO
United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

*United States of America v. Marisela Lizette Leon*
*Indictment Page 3 of 3*